**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, JOSEPH CALLAHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>Joseph P. Callahan,<br><br>                    Defendant. | CASE NO. 6:17-mj-00069-MJS<br><br>**STIPULATION TO ADVANCE STATUS CONFERENCE TO JANUARY 23, 2018; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the Defendant, JOSEPH CALLAHAN, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter

///

///

///

///

///

///

///

currently scheduled for January 24, 2018, at 10:00 a.m. be advanced to January 23, 2018, at 10:00 a.m.

Defense counsel is trying to economize her time traveling to U.S. District Court in Yosemite National Park by only driving to Yosemite one time that week instead of two times.

Dated: January 9, 2018     /s/ Carol Ann Moses
                           CAROL ANN MOSES
                           Attorney for Defendant,
                           JOSEPH CALLAHAN

Dated: January 9, 2018     /s/ Susan St. Vincent
                           SUSAN ST. VINCENT
                           Legal Officer
                           National Park Service

## ORDER

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, the January 24, 2018, Status Conference for Joseph Callahan, Case 6:17-mj-00069-MJS, is advanced to January 23, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 11, 2018         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE