1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93720
3  Telephone:  (559) 449-9069
4  Facsimile:   (559) 513-8530

5  Attorney for Defendant, JOSEPH CALLAHAN

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 6:17-mj-00069-MJS
12 |             Plaintiff,           | **REQUEST FOR RULE 43 WAIVER & TO APPEAR VIA VIDEO CONFERENCE AT THE CHANGE OF PLEA HEARING ON APRIL 4, 2018; ORDER THEREON**
13 |        v.                        |
14 | JOSEPH P. CALLAHAN,              |
15 |             Defendant.           |
16 |                                  | Date: April 4, 2018
17 |                                  | Time: 10:00 AM
18 |                                  | Judge: Hon: Michael J. Seng

19      The Defendant, JOSEPH CALLAHAN, and his attorney of record, CAROL ANN
20 MOSES, request that Mr. Callahan be allowed to appear via video conference on April 4, 2018 at
21 the Change of Plea Hearing. Mr. Callahan personally appeared in Yosemite National Park for his
22 Initial Appearance on September 20, 2017. At that time this Court granted a Rule 43 Waiver to
23 Mr. Callahan unless otherwise noticed.
24
25      Previously Mr. Callahan requested May 15, 2018 for a Change of Plea Hearing, however,
26 he became aware of an availability on April 4, 2018. This request for a video conference hearing
27
28

REQUEST FOR RULE 43 AT HEARING & APPEARANCE VIA
VIDEO CONFERENCE FOR CHANGE OF PLEA;
[PROPOSED] ORDER THEREON

1

also includes a request for an advance in date for the hearing to April 4, 2018. The Legal Officer for the National Park Service agrees with the requested advance in date to April 4, 2018 and has no objection to the Change of Plea Hearing occurring by video conference.

The First Amended Criminal Complaint charges Mr. Callahan with Count 1: Being under the influence of alcohol in a public place, in violation of Title 36 Code of Federal Regulations §2.35(c); Count 2: Operating a motor vehicle while the alcohol concentration in the operator's breath is 0.08 grams, in violation of Title 36 Code of Federal Regulations §4.23(a)(2); and Count 3: Camping outside of a designated area, in violation of Title 36 Code of Federal Regulations §2.10(b)(10).

Mr. Callahan will be pleading guilty to Count 1 and the Government will recommend Count 2 and Count 3 be dismissed based on the guilty plea to Count 1.

Mr. Callahan lives in San Francisco. Mr. Callahan works for a medical supply company and attends surgical procedures where the tools he sells are used in surgery. Mr. Callahan requests he appear by video conference because his schedule is variable and if he misses a procedure during the rotation period it is possible he will be taken off the rotation.

The United States District Court most likely to allow Mr. Callahan to appear by video conference for his Change of Plea Hearing in Yosemite is the United District Court in Oakland, California in the Northern District of California, located at 1301 Clay St #400S, Oakland, California.

///

///

///

///

///

REQUEST FOR RULE 43 AT HEARING & APPEARANCE VIA
VIDEO CONFERENCE FOR CHANGE OF PLEA;
[PROPOSED] ORDER THEREON

A signed written Plea Agreement will be filed with the court prior to the April 4, 2018 Change of Plea Hearing.

Dated: March 23, 2018          /s/ Carol Ann Moses
                                CAROL ANN MOSES
                                Attorney for Defendant,
                                JOSEPH CALLAHAN

### [PROPOSED] ORDER

The Court, having reviewed the above request **HEREBY ORDERS AS FOLLOWS:**

1. The Court grants the above Request for Defendant Joseph Callahan to appear by video conference for a Change of Plea Hearing on April 4, 2018 at 10:00 AM;

2. The Court grants the above Request to advance the Change of Plea Hearing to April 4, 2018.

The above requests are adopted as terms for the Order of this Court in Case No. 6:17-mj-00069-MJS.

IT IS SO ORDERED.

Dated: March 25, 2018          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE