Susan St. Vincent  
Legal Officer  
NATIONAL PARK SERVICE  
Legal Office  
P.O. Box 517  
Yosemite, California 95389  
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JOSEPH PAUL CALLAHAN,<br><br>Defendant. | Docket Number: 6:17-MJ-00069-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

      The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for March 6, 2019. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on April 4, 2018.

.

Dated: February 27, 2019                NATIONAL PARK SERVICE

                                                      /S/ Susan St. Vincent  
                                                      Susan St. Vincent  
                                                      Legal Officer

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for March 6, 2019, in the above referenced matter, *United States v. Callahan, 6:17-MJ-00069-JDP*, be vacated.

IT IS SO ORDERED.

Dated: February 27, 2019

_____
UNITED STATES MAGISTRATE JUDGE